Gloria Gonzales
PO Box 1237
Oakley CA 94561

E-filing

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gloria Gonales,
    Plaintiff,

vs.

Michael Astrue
    Defendant.

C08-04090 BZ

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, _Gloria Gonzales_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA    July 19, 2002   600. monthly   over
PAUPERIS, Case No._____
                            - 1 -

1  wages per month which you received.
2  _600.00 monthly_____
3  _____
4  _____
5  2.    Have you received, within the past twelve (12) months, any money from any of the following
6  sources:
7       a.    Business, Profession or              Yes ___ No _✓_
8             self employment
9       b.    Income from stocks, bonds,           Yes ___ No _✓_
10            or royalties?
11      c.    Rent payments?                       Yes ___ No _✓_
12      d.    Pensions, annuities, or              Yes ___ No _✓_
13            life insurance payments?
14      e.    Federal or State welfare payments,   Yes _✓_ No ___
15            Social Security or other govern-
16            ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  ___Social Security $520.00_____
20  ___Also Works Comp 287.oo Every 2 weeks___
                                                                              564 monthly
21  3.    Are you married?                          Yes ___ No _✓_           from Works
22  Spouse's Full Name: _David Perez_____                           Comp
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $___none_____
26  4.    a.    List amount you contribute to your spouse's support:$ __none__
27        b.    List the persons other than your spouse who are dependent upon you for support and
28              indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No.___                    - 2 -

1 |       list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2

3

4 | 5.   Do you own or are you buying a home?    Yes ____ No __✓__

5 | Estimated Market Value: $_____ Amount of Mortgage: $_____

6 | 6.   Do you own an automobile?    Yes __✓__ No ____

7 | Make _Geo prizm_ Year _1990_ Model _Geo prizm_

8 | Is it financed? Yes ____ No __✓__ If so, Total due: $ _____

9 | Monthly Payment: $ __none__

10 | 7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

11 | Name(s) and address(es) of bank: _____

12

13 | Present balance(s): $ _____

14 | Do you own any cash? Yes ____ No __✓__ Amount: $ _____

15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16 | value.) Yes ____ No ____

17

18 | 8.   What are your monthly expenses?

19 | Rent: $ _233.00_     Utilities: _55.00_

20 | Food: $ _400.00_     Clothing: _$400.00_

21 | Charge Accounts:

22 | Name of Account     Monthly Payment     Total Owed on This Account

23 | _____     $ _____     $ _____

24 | _____     $ _____     $ _____

25 | _____     $ _____     $ _____

26 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27 | are payable. Do not include account numbers.)

28

APP. TO PROC. IN FORMA

PAUPERIS. Case No._____     - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Contra Costa County, tim -limon

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8·27-08                    Gloria Gonzales
DATE                       SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS, Case No._____                - 4 -