UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GONZALEZ,<br><br>   Plaintiff(s),<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>   Defendant(s). | No. C08-4090 BZ<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Defendant served its answer on December 15, 2008. Pursuant to Civil Local Rule 16-5 and as set forth in the Procedural Order for Social Security Review Actions served on plaintiff, she was required to serve and file her motion for summary judgment or for remand within 30 days of service of defendant's answer. To date, plaintiff has not done so. She may wish to consult the Pro Se Handbook, a manual for parties without lawyers, which is available for public viewing at the Court's internet site:

http://www.cand.uscourts.gov

Therefore, good cause appearing, plaintiff is hereby

1

1 | **ORDERED** to either file a motion by **February 23, 2009** or show
2 | cause why this case should not be dismissed for lack of
3 | prosecution on **Wednesday, March 4, 2009**, at **10:00 a.m.** in
4 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
5 | Avenue, San Francisco, California, 94102.
6 | Dated:   January 23, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

10 | G:\BZALL\-BZCASES\GONZALEZ V. ASTRUE\GONZALEZ OSC.wpd