UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GONZALEZ, ) ) Plaintiff(s), ) ) v. ) ) MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) ) Defendant(s). ) ) | No. C08-4090 BZ  **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having read plaintiff's response to the Order to Show Cause, **IT IS HEREBY ORDERED** that the Order to Show Cause is **DISCHARGED** and the hearing scheduled for March 4, 2009 is **VACATED.   IT IS FURTHER ORDERED** that plaintiff shall file her motion for summary judgment by no later than **February 23, 2009.**

Dated: January 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GONZALEZ V. ASTRUE\ORDER DISCHARGING ORDER TO SHOW CAUSE.wpd

1