UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GONZALEZ,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant(s). | No. C08-4090 BZ<br><br>**ORDER OF TENTATIVE DISMISSAL** |

On January 30, 2009, plaintiff was ordered to file her overdue motion for summary judgment by no later than February 23, 2009. No motion has been filed. In light of plaintiff's apparent unwillingness to comply with court orders or to otherwise prosecute her case, **IT IS ORDERED** that plaintiff's case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) unless she files a motion for summary judgment by **April 1, 2009**.

Dated: March 5, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GONZALEZ V. ASTRUE\ORDER TENT. DISMISSAL.wpd

1