UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GONZALEZ, | ) | |
| Plaintiff(s), | ) | No. C08-4090 BZ |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | **ORDER DISMISSING ACTION** |
| Defendant(s). | ) | |

On March 5, 2009, plaintiff was ordered to file her overdue motion for summary judgment by no later than April 1, 2009. By a previous order, dated January 30, 2009 (Doc. No. 17), plaintiff was ordered to file her overdue motion for summary judgment by no later than February 23, 2009. Despite both of these orders, no motion has yet been filed. In light of plaintiff's apparent unwillingness to comply with court orders or to otherwise prosecute her case, **IT IS ORDERED** that plaintiff's case is dismissed for failure to prosecute

///

///

1

1  pursuant to Federal Rule of Civil Procedure 41(b), provided
2  however that it will be reinstated if she files a motion for
3  summary judgment by **May 1, 2009**.
4  Dated: April 6, 2009

*[signature: Bernard Zimmerman]*

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GONZALEZ V. ASTRUE\ORDER TENT. DISMISSAL2.wpd